**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

08cv4086
JUDGE GUZMAN
MAG. JUDGE BROWN

## Civil Cover Sheet

**Plaintiff(s):** ANTONIO KENDRICK

**Defendant(s):** ROD BLAGOJEVICH, et al.

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**
Antonio Kendrick
R-51546
Stateville - STV
P.O. Box 112
Joliet, IL 60434

**Defendant's Attorney:**
Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601

FILED
JUL 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:**

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** _(signed)_   **Date:** 7/18/08