AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

NORTHERN District of ILLINOIS

FILED
JUL 18 2008
JUL 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ANTONIO KENDRICK

Plaintiff

V.

ROD BLAGOJEVICH, ROGER WALKER, TERRY McCANN, VERNITA WRIGHT

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

08cv4086
JUDGE GUZMAN
MAG. JUDGE BROWN

I, __ANTONIO KENDRICK__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  STATEVILLE C.C., P.O. BOX 112, Joliet, Il. 60434

   Are you employed at the institution? __yes__   Do you receive any payment from the __yes; $20/month__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  ☐ Yes  ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   n/a

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   n/a

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☐ No |
   | e. | Gifts or inheritances | ☒ Yes | ☐ No |
   | f. | Any other sources | ☐ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

   My wife and mother usually alternate months sending me money for commisary items or other essentials that I may need.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount.   n/a

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   n/a

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   n/a

I declare under penalty of perjury that the above information is true and correct.

June 19, 2008
_____
Date

_Antonio Kendrick_ #R51546
Signature of Applicant

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 439.55 on account to his/her credit at (name of institution) Stateville C.C. I further certify that the applicant has the following securities to his/her credit: _____

I further certify that during the past six months the applicant's average balance was $ 458.61

6-25-08
_____
Date

_T.C._
Signature of Authorized Officer

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 6/25/2008 | | | Stateville Correctional Center | | | Page 1 |
| Time: | 2:46pm | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 12/25/2007 thru End;   Inmate: R51546;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R51546 Kendrick, Antonio**          **Housing Unit: STA-B -08-02**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 400.09 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 0082164 | 11808295503 | Kendricks, Tonya | 50.00 | 450.09 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 0082164 | 11556489497 | Barnett, Katherine | 25.00 | 475.09 |
| 01/08/08 | Point of Sale | 60 Commissary | 0087135 | 520271 | Commissary | -50.45 | 424.64 |
| 01/09/08 | Point of Sale | 60 Commissary | 0097135 | 520324 | Commissary | 4.72 | 429.36 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 20.59 | 449.95 |
| 01/16/08 | Point of Sale | 60 Commissary | 0167135 | 521728 | Commissary | -3.63 | 446.32 |
| 01/17/08 | Point of Sale | 60 Commissary | 0177142 | 521836 | Commissary | 3.63 | 449.95 |
| 01/24/08 | Mail Room | 01 MO/Checks (Not Held) | 0242175 | 436482931 | Waldon, Yvette | 50.00 | 499.95 |
| 01/24/08 | Mail Room | 01 MO/Checks (Not Held) | 0242175 | 436482932 | Waldon, Yvette | 50.00 | 549.95 |
| 01/28/08 | Point of Sale | 60 Commissary | 0287142 | 522974 | Commissary | -57.83 | 492.12 |
| 02/08/08 | Disbursements | 93 R & C - UPS | 039390 | Chk #138614 | C0207108, Central Inmate Benef, Inv. Date: 02/07/2008 | -4.54 | 487.58 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 | | P/R month of 01/2008 | 10.98 | 498.56 |
| 02/08/08 | Point of Sale | 60 Commissary | 0397142 | 524612 | Commissary | -22.68 | 475.88 |
| 02/14/08 | Point of Sale | 60 Commissary | 0457137 | 525845 | Commissary | -27.56 | 448.32 |
| 02/14/08 | Mail Room | 01 MO/Checks (Not Held) | 0452175 | 11808295514 | Kendrick, Tanya | 50.00 | 498.32 |
| 02/20/08 | Point of Sale | 60 Commissary | 0517142 | 526933 | Commissary | -17.06 | 481.26 |
| 02/27/08 | Disbursements | 80 Postage | 058390 | Chk #138991 | g0226080, DOC: 523 Fund Reimbu, Inv. Date: 02/26/2008 | -.41 | 480.85 |
| 03/06/08 | Point of Sale | 60 Commissary | 0667142 | 528221 | Commissary | -26.12 | 454.73 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 8.23 | 462.96 |
| 03/11/08 | Disbursements | 80 Postage | 071390 | Chk #139207 | w 0307 001, DOC: 523 Fund Inma, Inv. Date: 03/07/2008 | -.25 | 462.71 |
| 03/13/08 | Point of Sale | 60 Commissary | 0737137 | 529362 | Commissary | -18.67 | 444.04 |
| 03/21/08 | Point of Sale | 60 Commissary | 0817135 | 530517 | Commissary | -6.26 | 437.78 |
| 04/04/08 | Point of Sale | 60 Commissary | 095783 | 531512 | Commissary | -3.87 | 433.91 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 19.21 | 453.12 |
| 04/08/08 | Point of Sale | 60 Commissary | 0997135 | 531779 | Commissary | 2.45 | 455.57 |
| 04/14/08 | Mail Room | 01 MO/Checks (Not Held) | 1052175 | 12225800294 | Kendrick, Tonya | 50.00 | 505.57 |
| 04/14/08 | Mail Room | 01 MO/Checks (Not Held) | 1052175 | 12225800305 | Kendrick, T. | 50.00 | 555.57 |
| 04/16/08 | Disbursements | 90 Medical Co-Pay | 107390 | Chk #139937 | C0415047, DOC: 523 Fund Inmate, Inv. Date: 04/15/2008 | -2.00 | 553.57 |
| 04/16/08 | Point of Sale | 60 Commissary | 107793 | 533165 | Commissary | -40.58 | 512.99 |
| 04/22/08 | Point of Sale | 60 Commissary | 113781 | 534161 | Commissary | -29.31 | 483.68 |
| 04/24/08 | Disbursements | 80 Postage | 115390 | Chk #140154 | j0423057, DOC: 523 Fund Inmate, Inv. Date: 04/23/2008 | -2.22 | 481.46 |
| 05/06/08 | Disbursements | 80 Postage | 127337 | Chk #140305 | C0501002, DOC: 523 Fund Inmate, Inv. Date: 05/01/2008 | -.25 | 481.21 |
| 05/07/08 | Point of Sale | 60 Commissary | 1287142 | 535663 | Commissary | -39.57 | 441.64 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 | | P/R month of 04/2008 | 8.23 | 449.87 |
| 05/14/08 | Point of Sale | 60 Commissary | 135783 | 537093 | Commissary | -60.41 | 389.46 |
| 05/14/08 | Point of Sale | 60 Commissary | 135783 | 537098 | Commissary | -1.65 | 387.81 |
| 05/15/08 | Point of Sale | 60 Commissary | 1367135 | 537488 | Commissary | 46.81 | 434.62 |
| 05/21/08 | Point of Sale | 60 Commissary | 1427142 | 538615 | Commissary | -29.85 | 404.77 |
| 05/27/08 | Disbursements | 88 books | 1483148 | Chk #140648 | C0527011, Brown, Sharonda, Inv. Date: 05/27/2008 | -10.00 | 394.77 |
| 05/27/08 | Mail Room | 01 MO/Checks (Not Held) | 1482175 | 10042718051 | Kendrick, Tonya | 50.00 | 444.77 |
| 06/04/08 | Point of Sale | 60 Commissary | 156783 | 539980 | Commissary | -34.59 | 410.18 |
| 06/10/08 | Payroll | 20 Payroll Adjustment | 1621148 | | P/R month of 05/2008 | 20.59 | 430.77 |
| 06/11/08 | Point of Sale | 60 Commissary | 163783 | 541155 | Commissary | -42.86 | 387.91 |
| 06/12/08 | Point of Sale | 60 Commissary | 1647135 | 541336 | Commissary | 1.64 | 389.55 |
| 06/23/08 | Mail Room | 01 MO/Checks (Not Held) | 1752175 | 231750089 | Waldon, Yvette | 50.00 | 439.55 |

Date: 6/25/2008     Stateville Correctional Center     Page 2
Time: 2:46pm     **Trust Fund**
d_list_inmate_trans_statement_composite     Inmate Transaction Statement

REPORT CRITERIA - Date: 12/25/2007 thru End;   Inmate: R51546;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R51546 Kendrick, Antonio**     **Housing Unit: STA-B -08-02**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/23/08 | Mail Room | 01 MO/Checks (Not Held) | 1752175 | 231750088 | Waldon, Yvette | 50.00 | 489.55 |
| 06/25/08 | Disbursements | 88 payment | 1773148 | Chk #141151 | C0625032, Waldon, Yvette, Inv. Date: 06/25/2008 | -50.00 | 439.55 |

|  |  |
|---|---|
| Total Inmate Funds: | 439.55 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 439.55 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |