UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
JUL 18 2008
JUL 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ANTONIO KENDRICK
    PLAINTIFF

CIVIL ACTION NO.

V.

ROD BLAGOJEVICH, ROGER WALKER,
TERRY MCCANN, VERNITA WRIGHT
    DEFENDANTS

08cv4086
JUDGE GUZMAN
MAG. JUDGE BROWN

MOTION FOR APPOINTMENT OF COUNSEL

    Comes now, Antonio Kendrick, the plaintiff in the above cause pursuant to 28 USC §1915(e)(1), moves for an order appointing counsel to represent him in this case. In support of this motion, the plaintiff states as follows:

1) PLaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2) Plaintiff's imprisonment will greatly limit his ability to litigate, which is the basis of this complaint in this cause: lack of access to the courts. The issues involved in this case are complex and will require significant investigation and research. Plaintiff has very limited access to the library and limited knowledge of the law.

3) As of April 25, 2008, the institution in which the plaintiff is incarcerated has been on lockdown 50% of 2008, therefore the plaintiff in no way can execute this suit without the aid of counsel.

4) A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

5) Plaintiff has made repeated efforts to obtain a lawyer. Attached to this motion are letters that were sent to the plaintiff in reply

to plaintiff's request for assistance, and the plaintiff's legal mail card from his institution of incarceration to show the court all of the lawyers the plaintiff wrote, but received no response.

Wherefore, plaintiff request that the court appoint Allan Mills of the People's Law Center, and a member of the Illinois Bar, or any other counsel this court may deem appropriate as counsel in this case.

Respectfully submitted,

Antonio Kendrick#R51546
Stateville Corr.Ctr.
P.O. BOX 112
Joliet,Il.60434

## AFFIDAVIT

As of July 10,2008,the Stateville Correctional Center is currently on lockdown and has been on lockdown since June 27,2008. There is no indication of when we will be off of lockdown.Since we have been on lockdown we have been relegated to segregation status, and are being denied access to the courts,which is the gist of my complaint and the basis for my request for counsel in this cause. I cannot execute this cause without the immediate appointment of counsel.

I swear under the penalty of perjury pursuant to 28 USC 1746 that the aforementioned motion and affidavit are true to the best of my knowledge.

ILLINOIS INSTITUTE FOR COMMUNITY LAW AND AFFAIRS
3629 South Prairie Avenue
Chicago, Illinois 60653

James P. Chapman, President

April 1, 2008

Mr. Antonio Kendrick
Reg. No. R51546
P.O. Box 112
Joliet, IL 60434

Dear Mr. Kendrick:

Based upon your complaint, it seems as if you have a very colorable claim for filing a 42 U.S.C., section 1983 Complaint. We however, at the Institute cannot assist you with representation; you must find someone that would do pro bono representation for you. So my suggestions to you is write the People's Law Office, and request them to assist you or when ever it is convenience, go over to the Law Library look up in the Sullivan Law Directory for some of those big Law Firms, and see will they take your case. This is the only thing that we can suggest to you.

Thanks for thinking about us, and please stay in contact and take care of yourself and good luck with your case.

Respectfully submitted,

Johnny A. Outlaw,
Paralegal/Legal Assistant

Bcc: James P. Chapman, President

Cc: file

**NEAL ▪ GERBER ▪ EISENBERG**

Jack A. Rovner

Tel 312.269.8014
Fax 312.269.1747
jrovner@ngelaw.com

March 3, 2008

Mr. Antonia Kendrick
R51546
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Dear Mr. Kendrick:

    We decline your request that we undertake your representation. We return to you the enclosed letter and materials that you sent to us.

                              Sincerely,

                              NEAL, GERBER & EISENBERG LLP

                              Jack A. Rovner

Enclosure

# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Joshua T. Buchman
Attorney at Law
jbuchman@mwe.com
312.984.7600

April 21, 2008

Antonio Kendrick R-51546
P.O. Box 112
Joliet, IL 60434

Dear Mr. Kendrick:

We have received your letter requesting pro bono representation. After carefully reviewing your request, we have determined that we will not be able to undertake the representation you are seeking at the present time.

Each year we receive hundreds of requests for pro bono representation. Each request is examined on a case-by-case basis according to various criteria, including geographical location, jurisdiction, conflict of interest, etc. Unfortunately, because of the tremendous volume of requests we receive, we are simply not able to undertake each one regardless of merit.

We have enclosed your request and any documentation that you sent with it. We suggest that you consider submitting your request to the John Howard Association of Illinois. The Association has no attorneys to handle criminal or civil litigation, but it has recently established the Prisoner Advocacy, Information and Referral (PAIR) project, in collaboration with several law firms, public service, and community agencies. The project receives and reviews letters regarding claims of current inmates.

If you submit your request to the John Howard Association, it will be organized into a database with those inmates who have similar issues in hopes that this will increase the efficiency of handling inmates' pro bono requests, so that it is feasible for more individuals such as you to obtain quality legal assistance.

If the Association's staff believes they can assist you by telephoning or writing to someone in the Department of Corrections, they will do so. If they believe that your complaint requires the immediate attention of an attorney or an agency, they will refer your letter to them for their review. This is not a guarantee that your case will be accepted. Otherwise, your issue will be available for review on the database by PAIR partners.

U.S. practice conducted through McDermott Will & Emery LLP.

227 West Monroe Street Chicago Illinois 60606-5096  Telephone: 312.372.2000  Facsimile: 312.984.7700  www.mwe.com

April 21, 2008
Page 2

If the Association's staff refers your letter to a law firm or agency, they will not reveal information that the Department of Corrections can link to you. You can mail your request directly to the John Howard Association at 300 West Adams Street, Suite 423, Chicago, Illinois 60606.

Sincerely,

*Joshua T. Buchman*
Joshua T. Buchman
Pro Bono Committee

CHI99 4970636-1.009961.0274

**UPTOWN PEOPLE'S LAW CENTER**
4413 NORTH SHERIDAN • CHICAGO, IL 60640
773 • 769 • 1411   FAX   773 • 769 • 2224

May 1, 2008

### PRIVILEGED ATTORNEY-CLIENT COMMUNICATION

Antonio Kendrick
Reg. #R51546
P.O. Box 112
Joliet, Illinois 60434

Re: **Request for Assistance**

Dear Mr. Kendrick:

We received your letter asking for help with your civil rights case, criminal appeal, or other matter relating to your situation in prison. Unfortunately, we are not in a position to assist you. We are a very small legal clinic. While we represent many prisoners, we get hundreds of letters asking for help, but unfortunately we can only help a very few people. For your information, we do not practice criminal law--including appeals, habeas, post convictions, etc.

Please be assured that our inability to help you does not mean that you do not have a good claim. We are forced to turn down many claims which are both morally compelling and have a sound legal basis. We simply do not have the resources to help everyone who needs help. We are truly sorry that we will not be able to take on your case, but we simply do not have the time needed to properly represent you, and we do not want to commit to you that we would do something which we can not, in reality, do.

If your question is about a case you want to bring challenging the way you are being treated in prison, be sure that you exhaust all administrative remedies. With very few exceptions, federal law now requires that you complete the grievance process all the way through the ARB in Springfield. If you do not do so, or if you miss any deadlines, then you risk of forever losing the right to bring a case.

We are returning any documents you sent us. ***We have not kept copies***.

We wish you the best of luck.

Sincerely,

**Uptown People's Law Center**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

June 12, 2008

**LEGAL MAIL - CONFIDENTIAL**

Mr. Antonio Kendrick
#R51546
P.O. Box 112
Joliet, IL 60434

Re: *Pro Bono Representation*

Dear Mr. Kendrick:

This is in response to your recent letter to Kirkland & Ellis LLP seeking *pro bono* representation. Unfortunately, I am writing to advise you that the firm of Kirkland & Ellis LLP is not in a position to assist you in this matter. Due to the number of requests we receive, we can necessarily only accept a small percentage of requests for *pro bono* assistance. As such, this decision should not be taken as reflecting on the merits of your matter in any way.

However, legal service organizations may be available to assist you in your search for legal advice. The Coordinated Advice and Referral Program for Legal Services ("CARPLS") provides legal advice for many matters and can refer you to the appropriate legal service organization if they are unable to provide assistance. The CARPLS hotline can be reached at 312-738-9200, and is open Monday through Friday from 9:00AM to 4:30PM and on Wednesday evenings until 7:30PM. You should also visit www.illinoislegalaid.org. This informative website can answer many legal questions and will list legal aid organizations appropriate for your legal issue.

Because we will not be assisting you, we are returning your letter to you, and any supporting materials you sent. I wish you the best of luck in seeking representation.

Sincerely,



Outgoing Legal Mail Log

4/29/2008

| Inmate # | Last Name | First Name | Date | To/Recipient | City | St | PKG |
|---|---|---|---|---|---|---|---|
| R51546 | KENDRICK | ANTONIO | 12/20/2007 | CIR CLK | MEMPHIS | TN | |
| R51546 | KENDRICK | ANTONIO | 1/4/2008 | CRT CLK | MEMPHIS | TN | |
| R51546 | KENDRICK | ANTONIO | 1/24/2008 | APPEL CRT CLK | ELGIN | IL | PKG |
| R51546 | KENDRICK | ANTONIO | 1/24/2008 | ATTY GEN | NASHVILLE | TN | |
| R51546 | KENDRICK | ANTONIO | 1/24/2008 | APPEL PROSECUTOR | ELGIN | IL | |
| R51546 | KENDRICK | ANTONIO | 1/24/2008 | APPEL CRT CLK | JACKSON | TN | |
| R51546 | KENDRICK | ANTONIO | 1/26/2008 | ARB | SPFD | IL | |
| R51546 | KENDRICK | ANTONIO | 2/7/2008 | APPEL CRT | JACKSON | TN | PKG |
| R51546 | KENDRICK | ANTONIO | 2/7/2008 | ATTY GEN OF TENNESSEE | NASHVILLE | IL | PKG |
| R51546 | KENDRICK | ANTONIO | 2/13/2008 | ATTY GEN OF TENNESSEE | NASHVILLE | TN | |
| R51546 | KENDRICK | ANTONIO | 2/13/2008 | APPEL CRT | JACKSON | TN | 2L |
| R51546 | KENDRICK | ANTONIO | 2/13/2008 | APPEL CRT CLERK | JACKSON | TN | |
| R51546 | KENDRICK | ANTONIO | 2/14/2008 | LINDA PIECZYNSKI ATTY | HINSDALE | IL | |
| R51546 | KENDRICK | ANTONIO | 2/25/2008 | APPELLATE COURT CLERK | JACKSON | TN | |
| R51546 | KENDRICK | ANTONIO | 2/27/2008 | UPTOWN PEOPLE'S LAW OF | CHICAGO | IL | |
| R51546 | KENDRICK | ANTONIO | 2/27/2008 | JAMES P. CHAPMAN ATTY | CHICAGO | IL | |
| R51546 | KENDRICK | ANTONIO | 2/27/2008 | MARGARET BYRNE ATTY | CHICAGO | IL | |
| R51546 | KENDRICK | ANTONIO | 2/27/2008 | JACK A. ROVNER ATTY | CHICAGO | IL | |
| R51546 | KENDRICK | ANTONIO | 2/27/2008 | ROBERT SHAPIRO ATTY | CHICAGO | IL | |
| R51546 | KENDRICK | ANTONIO | 3/6/2008 | SHELBY CTY ATTY GEN | MEMPHIS | TN | PKG |
| R51546 | KENDRICK | ANTONIO | 3/6/2008 | SHELBY CTY CIR CLERK | MEMPHIS | TN | PKG |
| R51546 | KENDRICK | ANTONIO | 3/13/2008 | APPEL CRT CLK | JACKSON | TN | |
| R51546 | KENDRICK | ANTONIO | 3/28/2008 | McDERMOTT WILL & EMERY | CHICAGO | IL | |
| R51546 | KENDRICK | ANTONIO | 3/28/2008 | WINSTON & STRAWN | CHICAGO | IL | |
| R51546 | KENDRICK | ANTONIO | 3/28/2008 | KIRKMAN & ELLIS | CHICAGO | IL | |
| R51546 | KENDRICK | ANTONIO | 3/31/2008 | SHELBY CTY CRT CLK | MEMPHIS | TN | PKG |
| R51546 | KENDRICKS | ANTONIO | 4/3/2008 | SHELBY CTY ATTY GEN | MEMPHIS | TN | PKG |
| R51546 | KENDRICK | ANTONIO | 4/14/2008 | SUPREME CRT CLK | JACKSON | TN | PKG |
| R51546 | KENDRICK | ANTONIO | 4/14/2008 | ATTY GEN | NASHVILLE | TN | |
| R51546 | KENDRICK | ANTONIO | 4/18/2008 | APPEL CRT CLK | ELGIN | IL | PKG |
| R51546 | KENDRICK | ANTONIO | 4/18/2008 | SUP CRT | JACKSON | TN | PKG |
| R51546 | KENDRICK | ANTONIO | 4/18/2008 | ATTY GEN | NASHVILLE | TN | PKG |
| R51546 | KENDRICK | ANTONIO | 4/18/2008 | STE ATTY | MT VERNON | IL | PKG |