UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
Jul 25, 2008
JUL 2 5 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ANTONIO KENDRICK
    PLAINTIFF

CASE NO. 08C 4086

v.

Judge Ronald Guzman

Rod Blagojevich, et al
    DEFENDANT

Magistrate Judge Brown

**AFFIDAVIT IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL**

    I, the plaintiff, Antonio Kendrick, in the above cause filed a motion for appointment of counsel in the instant cause. The institution where the plaintiff is assigned and where the plaintiff is alleging his injury occurred, Stateville C.C., P.O. BOX 112, Joliet, Il., is currently on lockdown, and has been since June 27, 2008.

    The gist of the plaintiff's claim is the result of this institution's incessant lockdowns, which accounted for 40% of the calendar year 2007, when the plaintiff's injuries occurred. It appears that the institution is on pace to beat last years 40%.

    I have good reason to believe that this institution will be on lockdown for at least the next two months continuously, before the institution resumes normal operations. Then there is really no telling when we will go on lockdown again. It is not a strange occurrence for this institution to come off of lockdown and go back on lockdown the same day.

    All things considered, the plaintiff cannot execute this action without the appointment of counsel, due to no access to the courts.

    I, Antonio Kendrick, the plaintiff, in the instant cause swear under the penalty of perjury pursuant to 28 USC 1746, that the foregoing is true and correct to the best of my knowledge.

Date: July 22, 2008

Antonio Kendrick #R51546
Stateville C.C.
P.O. BOX 112
Joliet, Il. 60434