# United States District Court

## Northern District of Illinois

Eastern Division

ANTONIO KENDRICK  - 51546          **JUDGMENT IN A CIVIL CASE**

        v.                                              Case Number: 08 C 4086

ROD BLAGOJEVICH, et al

☐  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■  Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that  Plaintiff's complaint is dismissed without prejudice.   This case is terminated.

                              Michael W. Dobbins, Clerk of Court

Date: 8/7/2008          _____

                              /s/ Carole Gainer, Deputy Clerk